UNITED STATES DISTRICT COURT
Eastern District of Kentucky
EASTERN DISTRICT OF KENTUCKY **FILED**
SOUTHERN DIVISION
LONDON

MAR 21 2019

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.  INDICTMENT NO. 6:19-14-REW

21 U.S.C. § 846

**DAVID B. GUSTIN**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

Beginning on or about May 2, 2008, and continuing through on or about April 15, 2016, in Clay County, in the Eastern District of Kentucky, and elsewhere,

**DAVID B. GUSTIN**

did conspire with others to knowingly and intentionally distribute and dispense a quantity of pills containing controlled substances, to include oxycodone, a Schedule II controlled substance, hydrocodone, a Schedule II and Schedule III controlled substance during the conspiratorial period, and alprazolam, a Schedule IV controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)-(2), all in violation of 21 U.S.C. § 846.

**A TRUE BILL**

F(

*/s/ Robert M. Duncan, Jr.*
**ROBERT M. DUNCAN, JR.**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** If the conspiracy involved schedule II controlled substances, not more than 20 years imprisonment, $1,000,000 fine, and 3 years supervised release.

If the conspiracy involved schedule III, but not schedule II, controlled substances, not more than 10 years imprisonment, $500,000 fine, and 3 years supervised release.

If the conspiracy involved schedule IV, but not schedule II or III, controlled substances, not more than 5 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.